STATE OF NEW JERSEY v. TERRY LOUIS BAILEY.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN ANDINO.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROGER SMACK.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DALLAS DIETRICH.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FROILAN A. RODRIQUEZ.

October 6, 1987.

Petition for certification denied.